UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW DAVID HERRERA,<br><br>Petitioner,<br><br>v.<br><br>EDWARD J. SILVA,<br><br>Respondent. | Case No. 8:23-cv-02327-FLA (PD)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

1  Pursuant to 28 U.S.C. § 636, the court has reviewed the Petition for Writ of
2  Habeas Corpus, the records on file, and the Report and Recommendation of United
3  States Magistrate Judge. No objections to the Report were filed. The court accepts
4  the Report and adopts it as its own findings and conclusions.

5  IT IS THEREFORE ORDERED that Judgment be entered (1) denying the
6  Petition for Writ of Habeas Corpus; and (2) dismissing this action with prejudice.

7
8  IT IS SO ORDERED.
9
10 Dated: August 18, 2025
11                                              FERNANDO L. AENLLE-ROCHA
                                                United States District Judge