JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MATTHEW DAVID HERRERA,

Petitioner,

v.

EDWARD J. SILVA,

Respondent.

Case No. 8:23-cv-02327-FLA (PD)

**JUDGMENT**

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is DENIED, and this action is DISMISSED with prejudice.

IT IS SO ORDERED.

Dated:  August 18, 2025

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge